1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   YERVANT P. HAGOPIAN (Cal. Bar No. 327535)
4  Special Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:    (213) 894-0732
7       Facsimile:    (213) 894-0141
        Email:        yervant.hagopian@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-05225-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JUAN ANTONIO PARRA, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint without prejudice as to defendant JUAN ANTONIO PARRA. On September 9, 2025, the parties conferred, and the defense does not object to the granting of this motion.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a

1

dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court (1) grant this motion to dismiss the complaint without prejudice as to defendant pursuant to Federal Rule of Criminal Procedure 48(a); (2) vacate the preliminary hearing and post-indictment arraignment scheduled for September 16 and 29, 2025, respectively; and (3) exonerate defendant's bond.

Dated: September 10, 2025          Respectfully submitted,

                                        BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

                                        /s/
YERVANT P. HAGOPIAN
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA